UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GERALD WILLIAMS, | Case No. 2:18-cv-01168-APG-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ESURANCE and ALLSTATE INSURANCE, et al., | (Receipt – ECF No. 14) |
| Defendants. | |

This matter is before the court on Plaintiff Gerald Williams' payment of the filing fee in compliance with the court's Order (ECF No. 12). This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Plaintiff filed an incomplete Application to Proceed *In Forma Pauperis* (ECF No. 1) on June 27, 2018. The court could not determine whether Plaintiff qualified to proceed *in forma pauperis* ("IFP"). The court entered an Order (ECF No. 12) denying Plaintiff's IFP Application without prejudice, directing the Clerk's Office to mail Plaintiff a new IFP application, and allowing Plaintiff to file a completed IFP application or pay the $400.00 filing fee by March 13, 2019. Plaintiff submitted the filing fee on March 7, 2019. Receipt (ECF No. 14). Thus, the court will not screen the Complaint / Amended Complaint (ECF No. ). *See* 28 U.S.C. § 1915. This case shall proceed on the normal litigation track as guided by the Federal Rules of Civil Procedure.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court shall FILE the Complaint (ECF No. 1-1).
2. Based on Plaintiff Gerald Williams' payment of the filing fee, the court will not issue a screening order for the complaint.

1

3. This case shall proceed on the normal litigation track as guided by the Federal Rules of Civil Procedure.
4. The Clerk of Court may issue summons(es) for defendant(s) upon Plaintiff's request.

Dated this 11th day of March, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE