UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>ESURANCE, et al.,<br><br>Defendants | Case No.: 2:18-cv-01168-APG-PAL<br><br>**Order Directing Defendants to Re-Serve Motion to Dismiss** |

On February 6, 2019, the defendants filed a motion to dismiss. ECF No. 9. The certificate of service for that motion shows it was sent to the plaintiff at 128 Cliveden Street. *Id*. at 4. The plaintiff has not responded to that motion. That ordinarily would result in the defendants' motion being granted as unopposed. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."). However, it appears the plaintiff may not have received the motion because he previously had filed a document with an updated address of 5228 Morrisey Drive, Las Vegas, NV 89115-3331. ECF No. 6.

IT IS THEREFORE ORDERED that the defendants shall re-serve the motion to dismiss and a copy of the court's *Klingele* order (ECF No. 11) at the plaintiff's updated address of 5228 Morrisey Drive, Las Vegas, NV 89115-3331. The defendants shall provide proof of re-service on or before May 10, 2019.

DATED this 3rd day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE