# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD WILLIAMS,<br><br>    Plaintiff<br><br>v.<br><br>ESURANCE, et al.,<br><br>    Defendants | Case No.: 2:18-cv-01168-APG-BNW<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 25] |

Defendants Esurance, Allstate Insurance Company, Xaeng Vongvixay, and Douangmala Vongvixay move to dismiss the complaint for failure to timely effect service. ECF No. 25. Plaintiff Gerald Williams did not respond. *See* LR 7-2(d). Additionally, Williams' affidavit of service does not show timely proper service was made as to any defendant. I therefore grant the defendants' motion to dismiss.

IT IS THEREFORE ORDERED that the defendants' motion to dismiss **(ECF No. 25) is GRANTED**.

IT IS FURTHER ORDERED that plaintiff Gerald Williams' complaint (ECF No. 16) is DISMISSED without prejudice for failure to timely and properly effect service as to any defendant. The clerk of court is instructed to close this case.

DATED this 5th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE