# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD WILLIAMS, | Case No.: 2:18-cv-01168-APG-BNW |
| Plaintiff | **Order Denying Plaintiff's Motions** |
| v. | [ECF Nos. 28, 29] |
| ESURANCE, et al., | |
| Defendants | |

On November 5, 2019, I dismissed this case based on plaintiff Gerald Williams' failure to timely effect service. ECF No. 26. Williams has filed a "Motion to Reppeal (sic) Dismissal" (ECF No. 28) and a "Motion to Compromise & Release" (ECF No. 29). Williams does not explain what relief he seeks and gives no legal or factual support for either motion. To the extent he wants me to reconsider my dismissal of the case, I decline to do so.

I THEREFORE ORDER that the plaintiff's Motion to Reppeal (sic) Dismissal" (ECF No. 28) and "Motion to Compromise & Release" (ECF No. 29) are denied.

DATED this 16th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE